■ In the Matter of the Dissolution of PENEPENT CORPORATION, INC. ESTATE OF FRANCIS PENEPENT, Deceased, Respondent; RICHARD S. PENEPENT, Appellant. [710 NYS2d 826] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Morton, Ref. (Appeal from Judg-

ment of Supreme Court, Genesee County, Morton, Ref.—Business Corporation Law.) Present—Pigott, Jr., P. J., Green, Hayes and Hurlbutt, JJ.